**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01226-REB

MICHAEL G. MOSER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

### ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)

---

**Blackburn, J.**

As the parties may elect under D.C.COLO.LCivR 72.2, I received a **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#16],[1] filed August 26, 2015. The parties have consented in the time and manner specified by statute and local rule to disposition of the above action by a United States Magistrate Judge.

**THEREFORE, IT IS ORDERED** that pursuant to 28 U.S.C. § 636(c) and D.C.COLO.LCivR 72.2(e), this action is referred and assigned for disposition to the magistrate judge currently assigned to the case.

Dated December 1, 2015, at Denver, Colorado.

                                                                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.